NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SURF WAVES, LTD.,**
*Appellant*

**v.**

**PACIFIC SURF DESIGNS, INC.,**
*Appellee*

———————————

2018-1680

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01454.

———————————

**JUDGMENT**

———————————

JOSEPH RICK TACHE, Buchalter, A Professional Corporation, Irvine, CA, argued for appellant. Also represented by KARI BARNES, ERIKSON SQUIER.

CHARANJIT BRAHMA, Troutman Sanders LLP, San Francisco, CA, argued for appellee. Also represented by TIMOTHY P. HEATON, GERALD EAMES PORTER, New York, NY.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, HUGHES, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| May 17, 2019 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |